ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
　　Social Security Administration
　　Program Litigation 1
　　Law & Policy
　　6401 Security Boulevard
　　Baltimore, MD 21235
　　Telephone: (510) 970-4818
　　Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE RUTHERFORD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:25-cv-03439-AC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Defendant respectfully moves for an extension of twenty-eight (28) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of April 6, 2026 to the new date of May 4, 2026.  Plaintiff's counsel was contacted and indicated his willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response.  Counsel will be out of the office from March 30, 2026 through April 6, 2026 due to

Stipulated Motion for Extension of Time

1

planned leave.  Given competing workload requirements and upcoming scheduled leave an extension until May 4, 2026 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: March 26, 2026          By:   s/ Oscar Gonzalez de Llano
                                    OSCAR GONZALEZ DE LLANO
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant


Respectfully submitted,

LAW OFFICES OF FRANCESCO BENAVIDES

DATE: March 26, 2026          By:   s/ FRANCESCO P. BENAVIDES
                                    FRANCESCO P. BENAVIDES
                                    Attorney for Plaintiff
                                    (*as authorized by email)


ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 4, 2026, to respond to Plaintiff's Motion for Summary Judgment.


DATED: March 27, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2